IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| GREGORY DEAN SHIDELER and TERRIE HOLSCHER,<br><br>Plaintiffs,<br>v.<br><br>BRIAN GOOTKIN, WAYNE HARRIS, KENNETH HESS, BRIAN BUHMANN, LORI HESS, MARK HATTENDORF, KAYLEIGH HARRIS, JEREMY RICE, GALLATIN COUNTY and DOES 1-10,<br><br>Defendants. | CV-23-39-BU-BMM-JTJ<br><br>**ORDER** |

Plaintiff filed this action on June 3, 2023. (Doc. 1). On August 24, 2024, the Clerk of Court's Office received multiple summons from the Plaintiffs. (Doc. 4.) Several of the summonses named defendants not listed in the Complaint. (*Id.*)

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court will issue summonses only for the defendants named in the complaint.

DATED this 24th day of August, 2023.

_____
Brian Morris, Chief District Judge
United States District Court